**DISMISSED and Opinion Filed February 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-95-00110-CV

**OWENS-CORNING FIBERGLAS CORPORATION, Appellant**

**V.**

**ALTON RAY JEFFERSON, SR., JOSEPHINE JEFFERSON, ROBERT ECHOL BOLEWARE, JR., ELLEN BOLEWARE, JOHN ALFRED CLEMENTS, MARY CLEMENTS, FRED M. MORAN, JR., MARY SUE WRIGHT, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALVIE WRIGHT, DECEASED, RUFUS KIMMON BOX, MARY BOX, RICHARD USLESS PARNELL, HELEN PARNELL, ARNOLD FRANKLIN EARNEST, BETTY EARNEST, PERRY JOSEPH BROADHEAD, MARY BROADHEAD, THOMAS GLEN YOUNG, EDITH YOUNG, ROBERT STONE BROOKS, VIDA MAE BROOKS, HOYET FRANKLIN PETERSON, JOYCE PETERSON, JOHN HENRY NIEDERGESES, MAGDALENE NIEDERGESES, WILLIAM LEE KELLEY, ROSA LEE KELLEY, RICHARD ALLEN BODDIE, SADIE BODDIE, HOUSTON A. YEAGER, LOWELL EDGAR HAMBURGER, AND BRINDA HAMBURGER, Appellees**

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 94-7824-G

## MEMORANDUM OPINION

Before Justices Myers, Whitehill, and Pedersen, III
Opinion by Justice Whitehill

We reinstate this appeal. The appeal was abated to allow the parties to pursue a settlement.

Before the Court is appellant's unopposed motion to dismiss the appeal because the parties

have settled their differences.

We grant the motion and dismiss this appeal.  *See* TEX. R.

APP. P. 42.1(a)(1).


                                        /Bill Whitehill/
                                        BILL WHITEHILL
                                        JUSTICE

950110F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

OWENS-CORNING FIBERGLAS
CORPORATION, Appellant

No. 05-95-00110-CV          V.

ALTON RAY JEFFERSON, SR.,
JOSEPHINE JEFFERSON, ROBERT
ECHOL BOLEWARE, JR., ELLEN
BOLEWARE, JOHN ALFRED
CLEMENTS, MARY CLEMENTS, FRED
M. MORAN, JR., MARY SUE WRIGHT,
INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF ALVIE WRIGHT, DECEASED,
RUFUS KIMMON BOX, MARY BOX,
RICHARD USLESS PARNELL, HELEN
PARNELL, ARNOLD FRANKLIN
EARNEST, BETTY EARNEST, PERRY
JOSEPH BROADHEAD, MARY
BROADHEAD, THOMAS GLEN
YOUNG, EDITH YOUNG, ROBERT
STONE BROOKS, VIDA MAE BROOKS,
HOYET FRANKLIN PETERSON, JOYCE
PETERSON, JOHN HENRY
NIEDERGESES, MAGDALENE
NIEDERGESES, WILLIAM LEE
KELLEY, ROSA LEE KELLEY,
RICHARD ALLEN BODDIE,

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 94-7824-G.
Opinion delivered by Justice Whitehill.
Justices Myers and Pedersen, III
participating.

–3–

SADIE BODDIE, HOUSTON A.
YEAGER, LOWELL EDGAR
HAMBURGER,
AND BRINDA HAMBURGER, Appellees

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered February 18, 2020